2017 DEC 29  AM 11: 06

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

|  |  |
|---|---|
| **JEROME LYLES,** | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | : |
| **AMAZON.COM.DEDC, LLC,** | : |
| | : |
| **Defendant.** | : |

**GLR 17 CV 3833**

Civil Action File No.: _____

## ANSWER OF AMAZON.COM.DEDC, LLC TO PLAINTIFF'S COMPLAINT

Amazon.com.DEDC, LLC ("Amazon"), the Defendant, by the undersigned counsel and pursuant to the Federal Rules of Civil Procedure, answers the specifically numbered averments in Plaintiff's Complaint as follows:

1.      Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies paragraph 1 of the Complaint.

2.      Amazon admits that, at all times relevant to this litigation, it has operated a facility located at 2010 Broening Highway, Baltimore, Maryland 21124. Amazon denies the remaining allegations of paragraph 2 of the Complaint

3.      The allegations in paragraph 3 of the Complaint are legal conclusions to which no response from Amazon is required. To the extent a response is required, Amazon admits that the amount in controversy in this action exceeds $75,000. Amazon does not contest that the Circuit Court of Maryland for Baltimore County could exercise subject matter jurisdiction over this dispute, but Amazon contends that the United States District Court for the District of Maryland also has subject matter

jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441, and Amazon removed this matter to this Court on that basis.

4.      The allegations in paragraph 4 of the Complaint are legal conclusions to which no response from Amazon is required. To the extent a response is required, Amazon admits only that it conducts business in Baltimore City, Maryland. Amazon further contends that venue is proper in the United States District Court for the District of Maryland.

5.      Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies paragraph 5 of the Complaint.

6.      Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies paragraph 6 of the Complaint.

7.      Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies paragraph 7 of the Complaint.

## COUNT I

8.      Amazon incorporates by reference its responses to Paragraphs 1 through 7 of the Complaint.

9.      The allegations in paragraph 9 of the Complaint are legal conclusions to which no response from Amazon is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies paragraph 9 of the Complaint.

10.    Amazon denies paragraph 10 of the Complaint.

11.    Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies paragraph 11 of the Complaint.

2

12.     Amazon denies paragraph 12 of the Complaint.

13.     Amazon denies paragraph 13 of the Complaint.

### AFFIRMATIVE AND OTHER DEFENSES

Now for its affirmative and other defenses, Amazon states as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state claims upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's damages, if any, were not proximately caused by Amazon or any agent or employee of Amazon.

### THIRD DEFENSE

Plaintiff's purported cause of action is barred by the applicable Statute of Limitations.

### FOURTH DEFENSE

Plaintiff's purported cause of action is barred due to his contributory negligence and/or assumption of the risk and/or other fault. Plaintiff's recovery against Amazon, if any, should be precluded or reduced accordingly.

### FIFTH DEFENSE

If Plaintiff sustained any damages, there was an intervening and superseding cause or causes which led to such alleged injuries or damages and, as such, any acts on the part of this defendant was not the proximate cause of Plaintiff's alleged injuries or damages.

### SIXTH DEFENSE

Plaintiff's claims may be barred or reduced to the extent of recovery from persons or entities other than Amazon.

3

### SEVENTH DEFENSE

If the Plaintiff sustained any damages, injuries or losses as alleged in the Complaint, such damages, injuries or losses were caused by persons or parties for whom Amazon is not responsible and/or over whom Amazon had no control.

### EIGHTH DEFENSE

Plaintiff has failed to join necessary and/or indispensable parties to the Complaint.

### NINTH DEFENSE

Amazon is entitled to equitable credit on any judgment which might be rendered against it in this action by virtue of any workmen's compensation award rendered to the Plaintiff with respect to the alleged injuries or other damages.

### TENTH DEFENSE

Plaintiff's causes of action and alleged damages are barred or subject to reduction by virtue of principles of release.

### ELEVENTH DEFENSE

Plaintiff failed to mitigate his damages.

### TWELFTH DEFENSE

Amazon reserves the right to assert any additional defenses which discovery or other investigation may reveal to be appropriate.

4

/s/ *Michael T. Wharton*

Michael T. Wharton   [Federal Bar #00308]
WHARTON LEVIN EHRMANTRAUT & KLEIN, P.A.
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551

Tel (410) 263-5900 • Fax (410) 263-6583
mtw@wlekn.com

/s/ *Michael S. Rubin*

Michael S. Rubin      [Federal Bar # 30000]
WHARTON LEVIN EHRMANTRAUT & KLEIN, P.A.
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551

Tel (410) 263-5900 • Fax (410) 263-6583
msr@wlekn.com

*Attorneys for Defendant Amazon.com.DEDC, LLC*

## JURY DEMAND

Defendant Amazon.com,DEDC, LLC requests that this matter be tried by a jury.

/s/ *Michael S. Rubin*

Michael S. Rubin

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing was mailed, postage prepaid, on this 28th day

of December, 2017, to:

> John J. Leppler
> P.O. Box 27166
> 1010 Light Street
> Baltimore, MD 21230
>
> Tel (410) 547-8568 • Fax (410) 547-0036
>
> *Counsel for Plaintiff*


> */s/ Michael S. Rubin*
> Michael S. Rubin

6

137975819.1